**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No.    2:21-CR-04084-SRB |
| Plaintiff, | **COUNTS 1 through 4**<br>18 U.S.C. §§ 922(b)(5) and 924(a)(1)(D)<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| v. | |
| **JAMES ANTONIO SKELTON**,<br>[DOB: 7/7/1947] | **COUNTS 5 and 6**<br>18 U.S.C. §§ 924(a)(1)(A) and 2<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| Defendant. | |
| | **COUNTS 7 through 11**<br>18 U.S.C. §§ 922(m) and 924(a)(3)(B)<br>NMT 1 Year Imprisonment<br>NMT $10,000 Fine<br>NMT 1 Year Supervised Release<br>Class A Misdemeanor |
| | **COUNTS 12 through 15**<br>18 U.S.C. §§ 922(t) and 924(a)(5)<br>NMT 1 Year Imprisonment<br>NMT $10,000 Fine<br>NMT 1 Year Supervised Release<br>Class A Misdemeanor |
| | **FORFEITURE ALLEGATION**<br>18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) |
| | $100 Special Assessment (Counts 1-6)<br>$25 Special Assessment (Counts 7-15) |

# I N D I C T M E N T

## Introduction and Background

1.      Beginning in or about September 24, 2021, and continuing through November 9, 2021, **JAMES ANTONIO SKELTON** used Skelton Tactical, a federal firearms licensee, to illegally sell firearms by allowing "straw purchases" of firearms.

2.      Skelton Tactical held a Federal Firearms License as a Dealer in Firearms other than Destructive Devices.  **SKELTON** was the owner and responsible party for Skelton Tactical.

3.      As a Federal Firearms Licensee, Skelton Tactical was required to comply with the Gun Control Act of 1986, as amended, Title 18, United States Code, Chapter 44, and the regulations issued thereunder, Title 27, Code of Federal Regulations, Part 478.   Compliance included, but was not limited to:

      a.      making certain the actual transferee of a firearm completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, Form 4473 Firearms Transaction Record (hereafter "ATF Form 4473");

      b.      certifying that the listed transferee was the actual transferee/buyer of the firearm sold;

      c.      completing a background check through the National Instant Criminal Background Check System ("NICS"), prior to the completion of the transfer/sale of a firearm to an unlicensed person; and,

      d.      recording certain information about the transferee in the firearms licensee's Acquisitions and Dispositions records.

4.      With respect to the identity of the actual transferee/buyer, the ATF Form 4473 specifically notified the licensee and the transferee/buyer that:

2

For purposes of this form, a person is the actual transferee/buyer if he/she is purchasing the firearm for him/herself or otherwise acquiring the firearm for him/herself. (e.g., redeeming the firearm from pawn, retrieving it from consignment, firearm raffle winner). A person is also the actual transferee/buyer if he/she is legitimately purchasing the firearm as a bona fide gift for a third party. A gift is not bona fide if another person offered or gave the person completing the form money, service(s), or item(s) of value to acquire the firearm for him/her, or if the other person is prohibited by law from receiving or possessing the firearm.

EXAMPLES: Mr. Smith asks Mr. Jones to purchase a firearm for Mr. Smith (who may or may not be prohibited). Mr. Smith gives Mr. Jones the money for the firearm. Mr. Jones is NOT THE ACTUAL TRANSFEREE/BUYER of the firearm and must answer "no" to question 21.a. The licensee may not transfer the firearm to Mr. Jones.

5.      The ATF Form 4473 specifically required the transferee/buyer to certify that he/she

was the actual transferee/buyer of the firearm and warned the transferee/buyer as follows:

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

6.      With respect to the identification of the actual transferee/buyer, the ATF Form 4473

further notified the licensee as follows:

Before a licensee may sell or deliver a firearm to a nonlicensee, the licensee must establish the identity, place of residence, and age of the transferee/buyer. The transferee/buyer must provide a valid government-issued photo identification document to the transferor/seller that contains the transferee's/ buyer's name, residence address, and date of birth. A driver's license or an identification card

3

issued by a State is acceptable. Social Security cards are not acceptable because no address, date of birth, or photograph is shown on the cards.

7.     With respect to the conduct of NICS check by the licensee, the ATF Form 4473 specifically stated:

> 18 U.S.C. 922(t) requires that prior to transferring any firearm to an unlicensed person, a licensed importer, manufacturer, or dealer must first contact the National Instant Criminal Background Check System (NICS). NICS will advise the licensee whether the system finds any information that the purchaser is prohibited by law from possessing or receiving a firearm. For purposes of this form, contacts to NICS include State agencies designated as points-of-contact (or POCs) to conduct NICS checks for the Federal Government.

8.     The ATF Form 4473 charged the licensee with the following knowledge and responsibilities and required the licensee to make the following certification:

> I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

**COUNTS 1-4**
(Failure by a Federally Licensed Dealer to Keep Proper Records)
<u>18 U.S.C. §§ 922(b)(5) and 924(a)(1)(D)</u>

9.     On or about the dates set forth in each individual count, within Camden County, in the Western District of Missouri, the defendant, **JAMES ANTONIO SKELTON**, then being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly and willfully sold and delivered the firearm(s) set forth in each individual count, to the

4

individual noted in each individual count without noting in the defendant's records required to be kept by law pursuant to Title 18, United States Code, Section 923, the name, age, and place of residence of said purchaser of the firearm:

| COUNT | DATE | FIREARM(S) | BUYER |
|---|---|---|---|
| 1 | 9/24/2021 | 1) a Sig Sauer, .45 caliber pistol, model 220, serial number G208769 | ATF UC #1 |
| 2 | 10/5/2021 | 1) an HS Produkt, 9mm caliber pistol, model Hellcat, serial number BA190033;<br>2) a Smith & Wesson, .44 caliber revolver, Performance Center, model 629-6, serial number DMY5623, and<br>3) a Kimber, .257Rob caliber rifle, model 84M Hunter, serial number KM63387 | ATF UC #1 |
| 3 | 10/15/2021 | 1) an R.F.I., (Enfield), 7.62mm caliber rifle, model ISHAPORE 2A1, 1966, serial number J0240;<br>2) a Romarm/Cugir - Romania, 7.62 x 39mm caliber rifle, model GP / WASR-10 / 63, serial number 1972CC4541, imported by CAI Georgia, VT;<br>3) a Mossberg, 12-gauge pump action pistol grip shotgun, model 500, serial number T630512;<br>4) a Derya Arms – Turkey, 12-gauge shotgun, model VRPA40, serial number R342527, "Rock Island Armory" on the barrel, located on the shotgun: APINTL – PAHRUMP NV; and,<br>5) a Tisas – Turkey, .45 caliber pistol, model 1911A1 U.S. Army, serial number T0620-21Z15621, importer SDS Knoxville, TN | ATF UC #1 |

5

| COUNT | DATE | FIREARM(S) | BUYER |
|---|---|---|---|
| 4 | 10/29/2021 | 1) a BH Best Arms, 12-gauge shotgun, model BA912, serial number 21BP-00003; 2) a Pioneer Arms Corporation (Radom, Poland), 7.62 x 25mm caliber pistol, model PPS43-C, serial number AB10799P; 3) a Weihrauch, Hermann, .38 caliber revolver, model EA/R, serial number 1773131; 4) an ALFA-PROJ Czech Republic, .357Magnum caliber revolver, model AL 3.1, serial number ALFA132533; 5) a TISAS – TRABZON GUN INDUSTRY CORP., 9mm caliber pistol, model 1911A1 Service 9, serial number T0620-21K02118; 6) a TISAS – TRABZON GUN INDUSTRY CORP., 9mm caliber pistol, model 1911 A1 Service 9, serial number T0620-21K02121; 7) a TISAS – TRABZON GUN INDUSTRY CORP., .45 caliber pistol, model 1911A1 U.S Army, serial number T0620-21Z19883; 8) a TISAS – TRABZON GUN INDUSTRY CORP., .45 caliber pistol, model 1911A1 U.S Army, serial number T0620-21Z19879; 9) a TISAS – TRABZON GUN INDUSTRY CORP., .45 caliber pistol, model 1911A1 U.S Army, serial number T0620-21Z19880; and, 10) a TISAS – TRABZON GUN INDUSTRY CORP., .45 caliber pistol, model 1911A1 U.S Army, serial number T0620-21Z19881, | ATF UC #1 |

10.     All in violation of Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D).

## COUNT 5
(False Records in a Firearms Transaction)
18 U.S.C. §§ 924(a)(1)(A) and 924(a)(1)(D)

11.     Between October 5, 2021, and October 15, 2021, said dates being approximate, within Camden County, in the Western District of Missouri, the defendant, **JAMES ANTONIO SKELTON**, aiding and abetting others, knowingly counselled the making of a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18,

6

United States Code, to be kept in the records of **JAMES ANTONIO SKELTON**, then being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, in that the defendant counseled ATF UC #1 to have another person, in fact ATF UC #2, execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives Form 4473, Firearms Transaction Record, to the effect that ATF UC #2 was the actual transferee/buyer of the following firearms: 1) a Romarm/Cugir - Romania, 7.62 x 39mm caliber rifle, model GP / WASR-10 / 63, serial number 1972CC4541, imported by CAI Georgia, VT, 2) a Mossberg, 12-gauge pump action pistol grip shotgun, model 500, serial number T630512, 3) a Derya Arms – Turkey, 12-gauge shotgun, model VRPA40, serial number R342527, "Rock Island Armory" on the barrel, located on the shotgun: APINTL – PAHRUMP NV, and 4) a Tisas – Turkey, .45 caliber pistol, model 1911A1 U.S. Army, serial number T0620-21Z15621, importer SDS Knoxville, TN, when in truth and fact, the actual transferee/buyer of those firearms was ATF UC #1, who had declined to execute a Form 4473, all in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

### COUNT 6
(False Records in a Firearms Transaction)
<u>18 U.S.C. §§ 924(a)(1)(A) and 924(a)(1)(D)</u>

12.     Between October 5, 2021, and October 29, 2021, said dates being approximate, within Camden County, in the Western District of Missouri, the defendant, **JAMES ANTONIO SKELTON**, aiding and abetting others, knowingly counselled the making of a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of **JAMES ANTONIO SKELTON**, then being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, in that the defendant counseled ATF UC #1 to have another person, in fact ATF UC #2, execute a

7

Department of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives Form 4473, Firearms Transaction Record, to the effect that ATF UC #2 was the actual transferee/buyer of the following firearms: 1) a BH Best Arms, 12-gauge shotgun, model BA912, serial number 21BP-00003, 2) a Pioneer Arms Corporation (Radom, Poland), 7.62 x 25mm caliber pistol, model PPS43-C, serial number AB10799P, 3) a Weihrauch, Hermann, .38 caliber revolver, model EA/R, serial number 1773131; 4) an ALFA-PROJ Czech Republic, .357Magnum caliber revolver, model AL 3.1, serial number ALFA132533, 5) a TISAS – TRABZON GUN INDUSTRY CORP., 9mm caliber pistol, model 1911A1 Service 9, serial number T0620-21K02118, 6) a TISAS – TRABZON GUN INDUSTRY CORP., 9mm caliber pistol, model 1911 A1 Service 9, serial number T0620-21K02121, 7) a TISAS – TRABZON GUN INDUSTRY CORP., .45 caliber pistol, model 1911A1 U.S Army, serial number T0620-21Z19883, 8) a TISAS – TRABZON GUN INDUSTRY CORP., .45 caliber pistol, model 1911A1 U.S Army, serial number T0620-21Z19879, 9) a TISAS – TRABZON GUN INDUSTRY CORP., .45 caliber pistol, model 1911A1 U.S Army, serial number T0620-21Z19880, and 10) a TISAS – TRABZON GUN INDUSTRY CORP., .45 caliber pistol, model 1911A1 U.S Army, serial number T0620-21Z19881, when in truth and fact, the actual transferee/buyer of those firearms was ATF UC #1, who had declined to execute a Form 4473, all in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

**COUNTS 7 through 11**
(Failure to Make Entry in Records by a Federally Licensed Dealer - Acquisitions)
<u>18 U.S.C. §§ 922(m) and 924(a)(3)(B)</u>

13.     On or about the dates set forth in each individual count, within Camden County, in the Western District of Missouri, the defendant, **JAMES ANTONIO SKELTON**, then being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to make an appropriate entry in a record the defendant was required to keep

8

pursuant to Section 923 of Title 18, United States Code, that is, the defendant made transfers of the firearm set forth in each individual count without making entries in his bound Acquisition and Disposition Records Book regarding the acquisition of the firearm set forth in each individual count:

| COUNT | DATE | ORIGIN | MODEL | TYPE | SERIAL # |
|-------|------|--------|-------|------|----------|
| 7 | 9/24/2021 | Sig Sauer | Model 220 | .45 caliber pistol | G208769 |
| 8 | 10/5/2021 | HS Produkt | Model Hellcat | 9mm caliber pistol | BA190033 |
| 9 | 10/5/2021 | Smith & Wesson | Performance Center, model 629-6 | .44 caliber revolver | DMY5623 |
| 10 | 10/5/2021 | Kimber | Model 84M Hunter | .257Rob caliber rifle | KM63387 |
| 11 | 10/15/2021 | R.F.I., (Enfield) | Model ISHAPORE 2A1, 1966 | 7.62mm caliber rifle | J0240 |

14. All in violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

**COUNTS 12 through 15**
(Failure by Federally Licensed Dealer to Conduct NICS Checks)
18 U.S.C. §§ 922(t) and 924(a)(5)

15. On or about the dates set forth in each individual count, within Camden County, in the Western District of Missouri, the defendant, **JAMES ANTONIO SKELTON**, then being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly transferred the firearms set forth in each individual count, to ATF UC #1, a person who was not licensed, without contacting NICS to conduct a background check of ATF UC #1,

| COUNT | DATE | FIREARM(S) |
|-------|------|------------|
| 12 | 9/24/2021 | 1) a Sig Sauer, .45 caliber pistol, model 220, serial number G208769 |

9

| COUNT | DATE | FIREARM(S) |
|---|---|---|
| **13** | 10/5/2021 | 1) a Kimber, .257Rob caliber rifle, model 84M Hunter, serial number KM63387;<br>2) an HS Produkt, 9mm caliber pistol, model Hellcat, serial number BA190033;<br>3) a Smith & Wesson, .44 caliber revolver, Performance Center, model 629-6, serial number DMY5623 |
| **14** | 10/15/2021 | 1) an R.F.I., (Enfield), 7.62mm caliber rifle, model ISHAPORE 2A1, 1966, serial number J0240;<br>2) a Romarm/Cugir - Romania, 7.62 x 39mm caliber rifle, model GP / WASR-10 / 63, serial number 1972CC4541, imported by CAI Georgia, VT;<br>3) a Mossberg, 12-gauge pump action pistol grip shotgun, model 500, serial number T630512;<br>4) a Derya Arms – Turkey, 12-gauge shotgun, model VRPA40, serial number R342527, "Rock Island Armory" on the barrel, located on the shotgun: APINTL – PAHRUMP NV; and,<br>5) a Tisas – Turkey, .45 caliber pistol, model 1911A1 U.S. Army, serial number T0620-21Z15621, importer SDS Knoxville, TN |
| **15** | 10/29/2021 | 1) a BH Best Arms, 12-gauge shotgun, model BA912, serial number 21BP-00003;<br>2) a Pioneer Arms Corporation (Radom, Poland), 7.62 x 25mm caliber pistol, model PPS43-C, serial number AB10799P;<br>3) a Weihrauch, Hermann, .38 caliber revolver, model EA/R, serial number 1773131;<br>4) an ALFA-PROJ Czech Republic, .357Magnum caliber revolver, model AL 3.1, serial number ALFA132533;<br>5) a TISAS – TRABZON GUN INDUSTRY CORP., 9mm caliber pistol, model 1911A1 Service 9, serial number T0620-21K02118;<br>6) a TISAS – TRABZON GUN INDUSTRY CORP., 9mm caliber pistol, model 1911 A1 Service 9, serial number T0620-21K02121;<br>7) a TISAS – TRABZON GUN INDUSTRY CORP., .45 caliber pistol, model 1911A1 U.S Army, serial number T0620-21Z19883;<br>8) a TISAS – TRABZON GUN INDUSTRY CORP., .45 caliber pistol, model 1911A1 U.S Army, serial number T0620-21Z19879;<br>9) a TISAS – TRABZON GUN INDUSTRY CORP., .45 caliber pistol, model 1911A1 U.S Army, serial number T0620-21Z19880; and,<br>10) a TISAS – TRABZON GUN INDUSTRY CORP., .45 caliber pistol, model 1911A1 U.S Army, serial number T0620-21Z19881, |

16.     All in violation of Title 18, United States Code, Sections 922(t) and 924(a)(5).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

17.     The allegations contained in Counts 1 through 15 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

18.     Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D), set forth in Counts 1 through 4 of this Indictment, Title 18, United States Code, Sections, 922(m) and 924(a)(3)(B) and 922(t) and 924(a)(5), set forth in Counts 7 through 15 of this Indictment,  the defendant, **JAMES ANTONIO SKELTON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the willful commission of the offense, including, but not limited to the firearms identified in paragraph 20 of this Forfeiture Allegation.

19.     Upon conviction of the offenses in violation of Title 18, United States Code, Sections 924(a)(1)(A), set forth in Counts 5 and 6 of this Indictment, the defendant, **JAMES ANTONIO SKELTON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing commission of the offense including, but not limited to the firearms identified in paragraph 20 of this Forfeiture Allegation.

20.     Each basis for forfeiture of firearms applies to the firearms identified below:

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Firearms International Corp (Washington, DC) | Combination Gun | Bronco | 22/410 | None |

11

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Firearms International Corp (Washington, DC) | Combination Gun | Bronco | 22/410 | A0494 |
| Bond Arms, Inc. | Derringer | Texas Defender | 45 | 126830 |
| Doubletap Defense, LLC | Derringer | Double Tap | 45 | DA5128 |
| Armscor of the Phillipines (Squires Bingham) | Pistol | M1911-A1 | 45 | RIA2364044 |
| Berretta USA Corp. | Pistol | 92FS | 9 | BER386322Z |
| Berretta USA Corp. | Pistol | 21A | 22 | DAA609057 |
| Berretta, Pietro S.P.A. | Pistol | 71 | 22 | A62922U (Obliterated) |
| Colt | Pistol | 1991A1 | 45 | 2776588 |
| Colt | Pistol | National Match | 45 | GV019497 |
| Colt | Pistol | 1911 | 45 | N2137105 |
| Colt | Pistol | Defender Lightweight | 45 | DF009108 |
| Colt | Pistol | 1911 | 45 | GV024764 |
| Colt | Pistol | Government | 38 | 38SCC3957 |
| Colt | Pistol | 1911 | 45 | 301571 |
| FHN USA, LLC | Pistol | FNP9 | 9 | 61BMR04548 |
| Girsan | Pistol | MC 1911 | 45 | T6368-21CG00767 |
| Glock GMBH | Pistol | 27 | 40 | GRA479 |
| HS Produkt (IM Metal) | Pistol | Hellcat | 9 | BA237156 |
| Hungary | Pistol | R-9 | 9 | R28320 |
| ISSC | Pistol | M22 | 22 | BLA001760 |
| Kahr Arms - Auto Ordnance | Pistol | CM9 | 9 | G014897 |
| Keltec, CNC Industries, Inc. | Pistol | PMR-30 | 22 | WY3B75 |
| Keltec, CNC Industries, Inc. | Pistol | PMR-30 | 22 | WXZL86 |
| Kimber | Pistol | Solo CDP | 9 | S1107225 |
| Kimber | Pistol | Stainless LW | 45 | K714501 |

Case 2:21-cr-04084-SRB   Document 1   Filed 12/14/21   Page 12 of 27

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Kimber | Pistol | Solo Carry | 9 | S1130444 |
| Kimber | Pistol | Custom LW | 45 | K738655 |
| Kimber | Pistol | Micro 9 | 9 | PB0308245 |
| Kimber | Pistol | Custom II | 45 | K728770 |
| Kimber | Pistol | Micro 9 | 9 | TB0062437 |
| Kimber | Pistol | Utra Aegis II | 9 | KUF20025 |
| Llama (Gabilondo & CIA) | Pistol | Micro Max | 380 | 71-04-10992-03 |
| Menz, August | Pistol | Liliput | 6.35 | 5095 |
| Olympic Arms Inc. (SGW Enterprises & Safari Arms) | Pistol | Whitney Wolverine | 22 | WW2987 |
| Remington Arms Company, Inc. | Pistol | 1911 | 45 | 1138541 |
| Remington Arms Company, Inc. | Pistol | 1911 | 45 | 1299901 |
| Remington Arms Company, Inc. | Pistol | 1911 | 45 | 1914231 |
| Ruger | Pistol | SR-22 | 22 | 360-60111 |
| Ruger | Pistol | Mark II | 22 | 211-46927 |
| Ruger | Pistol | EC9S | 9 | 459-76141 |
| Ruger | Pistol | LC9 | 9 | 32489016 |
| Ruger | Pistol | LCP | 380 | 379010445 |
| Ruger | Pistol | EC9S | 9 | 45976216 |
| Ruger | Pistol | LCP | 380 | 379010446 |
| Ruger | Pistol | LCP II | 380 | 380631060 |
| SCCY Industries, LLC (SKYY IND.) | Pistol | CPX-2 | 9 | C153950 |
| SCCY Industries, LLC (SKYY IND.) | Pistol | CPX-2 | 9 | C146741 |
| SCCY Industries, LLC (SKYY IND.) | Pistol | CPX-2 | 9 | C078462 |
| SCCY Industries, LLC (SKYY IND.) | Pistol | CPX-2 | 9 | C146740 |

13

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Shooters Arms Manufacturing, Inc. (Sam) | Pistol | M1911GI | 45 | GI118957 |
| Sig Sauer | Pistol | P250 | 40 | 57C055044 |
| Sig Sauer (Sig-Arms) | Pistol | GSR Revolution | 45 | GS09860 |
| Smith & Wesson | Pistol | M&P 9 | 9 | HNU5895 |
| Smith & Wesson | Pistol | 22A-1 | 22 | UDB5305 |
| Smith & Wesson | Pistol | M&P 9 Shield EZ M2.0 | 9 | REX3147 |
| Smith & Wesson | Pistol | Bodyguard | 380 | KJB5558 |
| Smith & Wesson | Pistol | M&P 380 Shield EZ | 380 | RJD9071 |
| Smith & Wesson | Pistol | M&P 380 Shield EZ | 380 | NJZ5077 |
| Smith & Wesson | Pistol | M&P 380 Shield EZ | 380 | RJK8011 |
| Smith & Wesson | Pistol | M&P 9 Shield EZ | 9 | RFF5406 |
| Smith & Wesson | Pistol | M&P 9 Shield EZ 2.0 | 9 | JNC3796 |
| Smith & Wesson | Pistol | M&P 9 Shield EZ | 9 | RET7655 |
| Smith & Wesson | Pistol | M&P 9 Shield EZ | 9 | RFD0381 |
| Smith & Wesson | Pistol | M&P 380 Shield EZ | 380 | RJK6179 |
| Smith & Wesson | Pistol | M&P 380 Shield EZ | 380 | NJV4914 |
| Taurus International | Pistol | PT22 | 22 | 01016Y |
| Taurus International | Pistol | PT22 | 22 | 00794Y |
| Taurus International | Pistol | PT22 | 22 | 01104Y |
| Taurus International | Pistol | PT22 | 22 | 00372Y |
| Taurus International | Pistol | PT22 | 22 | 01108Y |
| Thompson/Center Arms Co. | Pistol | Contender | 22 | 457324 |

14

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Tisas - Trabzon Gun Industry Corp. | Pistol | Zigana PX-9 | 9 | T0620-21BM17319 |
| Walther | Pistol | PPK/S | 380 | AB121602 |
| American Tactical Imports - ATI | Receiver/Frame | Omni Hybrid | Multi | NS107012 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21177804 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 20368567 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21178160 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183721 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 20368578 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21178153 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21178193 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21178200 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21178173 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183725 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183729 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183728 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 20368597 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183708 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183703 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183706 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 20368587 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183707 |

15

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183714 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21064821 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183726 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183702 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183724 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 20368577 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183719 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 2183722 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183720 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21064822 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183723 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183718 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183730 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183712 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 20368598 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21177829 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21178180 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183711 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21177813 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183704 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183716 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 20368557 |

Case 2:21-cr-04084-SRB   Document 1   Filed 12/14/21   Page 16 of 27

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 21183727 |
| Anderson Manufacturing | Receiver/Frame | AM-15 | Multi | 20368588 |
| Palmetto State Armory | Receiver/Frame | M16A2 | Multi | 20011261 |
| Palmetto State Armory | Receiver/Frame | M16A4 | Multi | 20011265 |
| Palmetto State Armory | Receiver/Frame | M16A4 | Multi | 20011260 |
| Palmetto State Armory | Receiver/Frame | M16A4 | Multi | 20011262 |
| Palmetto State Armory | Receiver/Frame | M16A4 | Multi | 20011259 |
| Alfa-Proj Spol S.R.O. | Revolver | AL3.1 | 357 | ALFA132575 |
| Alfa-Proj Spol S.R.O. | Revolver | AL3.1 | 357 | ALFA132561 |
| Alfa-Proj Spol S.R.O. | Revolver | AL3.1 | 357 | ALFA132554 |
| Alfa-Proj Spol S.R.O. | Revolver | AL3.1 | 357 | ALFA132560 |
| Armscor of the Phillipines (Squires Bingham) | Revolver | 206 | 38 | RIA2359177 |
| Armscor of the Phillipines (Squires Bingham) | Revolver | 206 | 38 | RIA2359175 |
| Charter Arms | Revolver | Undercover | 38 | 21-71868 |
| Charter Arms | Revolver | Undercover | 38 | 20-73260 |
| Charter Arms | Revolver | Undercover | 38 | 2073275 |
| Charter Arms Shelton, CT (Charter 2000) | Revolver | Undercover | 38 | 21-71963 |
| Charter Arms Shelton, CT (Charter 2000) | Revolver | Undercover | 38 | 21-71961 |
| Colt | Revolver | SAA | 41 | 6789 |
| Colt | Revolver | 1895DA | 38 | 220886 |
| Guisasola Bros. | Revolver | Unknown | 32 | 39617 |

17

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Harrington and Richardson | Revolver | Trapper | 22 | 124371 |
| Harrington and Richardson | Revolver | 732 | 32 | AJ34064 |
| Heritage Mfg., Inc. | Revolver | Rough Rider | 22 | 3PH049854 |
| Heritage Mfg., Inc. | Revolver | Rough Rider | 22 | 3PH051008 |
| Heritage Mfg., Inc. | Revolver | Rough Rider | 22 | 1BH481505 |
| Heritage Mfg., Inc. | Revolver | Rough Rider | 22 | 3PH082889 |
| Heritage Mfg., Inc. | Revolver | Rough Rider | 22 | 1PH053997 |
| Heritage Mfg., Inc. | Revolver | Rough Rider | 22 | 1BH483621 |
| Heritage Mfg., Inc. | Revolver | Rough Rider | 22 | 3PH053004 |
| Heritage Mfg., Inc. | Revolver | Rough Rider | 22 | 3PH051890 |
| Heritage Mfg., Inc. | Revolver | Rough Rider | 22 | 3PH056312 |
| Heritage Mfg., Inc. | Revolver | Rough Rider | 22 | 3PH056341 |
| Heritage Mfg., Inc. | Revolver | Rough Rider | 22 | 3PH051967 |
| Heritage Mfg., Inc. | Revolver | Rough Rider | 22 | 1BH483613 |
| Heritage Mfg., Inc. | Revolver | Rough Rider | 22 | 3PH081811 |
| Heritage Mfg., Inc. | Revolver | Rough Rider | 22 | 1BH558696 |
| Kimber | Revolver | K6S Combat | 357 | RV054399 |
| Kimber | Revolver | K6S | 357 | RV069862 |
| Kimber | Revolver | K6S Target | 357 | RV070072 |
| North American Arms | Revolver | Unknown | 22 | L234351 |
| North American Arms | Revolver | Unknown | ZZ | E447376 |
| North American Arms | Revolver | Unknown | ZZ | E423314 |
| Ruger | Revolver | SP101 | 327 | 576-98630 |
| Smith & Wesson | Revolver | 10 | 38 | 10D0729 |

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Smith & Wesson | Revolver | .38 D/A 4th Model | 38 | B3650 |
| Smith & Wesson | Revolver | Hand Ejector | 32-20 | 120659 |
| Smith & Wesson | Revolver | 686 | 357 | AZJ6719 |
| Taurus | Revolver | 689 | 357 | IH192365 |
| Taurus | Revolver | 856 | 38 | ABM201398 |
| Taurus | Revolver | 605 Protector Poly | 357 | ACG024735 |
| Taurus | Revolver | 605 Protector Poly | 357 | ACG024588 |
| Taurus | Revolver | 605 Protector Poly | 357 | ACG024681 |
| Taurus | Revolver | Raging Bull | 480 | WD118801 |
| Taurus International | Revolver | 605 | 357 | CG043651 |
| Taurus International | Revolver | 605 | 357 | ACJ330463 |
| Taurus International | Revolver | 605 | 357 | LP65170 |
| Taurus International | Revolver | 856 | 38 | ACH128228 |
| Weihrauch Hermann | Revolver | EA/R | 357 | 1772476 |
| Anderson Manufacturing | Rifle | AM-15 | 556 | 20284777 |
| Armalite | Rifle | AR-7 Explorer | 22 | 94890 |
| Barrett Firearms Mfg. Co. | Rifle | REC-7 | 556 | BR008201 |
| Browning | Rifle | Unknown | ZZ | L7079 |
| Browning | Rifle | Unknown | 22 | 5T18051 |
| CBC (Companhia Braziliera de Cartuchos) | Rifle | 715T | 22 | EUF4487639 |
| Enfield | Rifle | NO4MKI | 303 | E38516 |
| Enfield | Rifle | NO2MKIV (Trainer) | 22 | 5764 |
| Harrington and Richardson | Rifle | M1 | 30 | 5749304 |
| Harrington and Richardson | Rifle | Ultra | ZZ | HN303855 |
| Heritage Mfg., Inc. | Rifle | Rough Rider Rancher | 22 | 1BH489846 |

19

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Hesse Ltd | Rifle | FAL-H/FALO | 7.62 | 138216 |
| Japan | Rifle | Type 99 | ZZ | 3673 |
| Japan | Rifle | 99 | 65 | 65902 |
| Just Right Carbines, LLC | Rifle | J R Carbine | 9 | JR017795 |
| Keltec, CNC Industries, Inc. | Rifle | SUB-2000 | 9 | 02607 |
| Keystone Sporting Arms | Rifle | Crickett | 22 | 944799 |
| Marlin Firearms Co. | Rifle | 336A | 30-30 | 97041155 |
| Marlin Firearms Co. | Rifle | 3040 | 30-30 | 26017357 |
| Mauser | Rifle | M98 | 8 | 8833 |
| Mauser | Rifle | M98 | 8 | 4330 |
| Mauser | Rifle | M98 | 8 | 6112 |
| Mauser | Rifle | M98 | 8 | 3323 |
| Mauser | Rifle | M98 | 8 | 7102 |
| Mauser | Rifle | M98 | 8 | 46844 |
| Mauser | Rifle | M98 | 8 | 5223 |
| Mauser | Rifle | M98 | 8 | 5511 |
| Mauser | Rifle | Unknown | 8 | 13149 |
| Mauser | Rifle | 98 | 280 | 8945 |
| Mauser | Rifle | 98 | ZZ | 4774 |
| Mauser | Rifle | Turkish Model 1893 | 8 | 1F38516 |
| Mauser | Rifle | M98 | 8 | 7717 |
| Mauser | Rifle | M98 | 8 | 4085 |
| Mauser | Rifle | M98 | 8 | 9692 |
| Mauser | Rifle | M98 | 8 | 1409 |
| Miroku Firearm Co. | Rifle | Unknown | 300 WM | 33613MY351 |
| Mosin-Nagant | Rifle | Unknown | 762 | R00405 |
| Mosin-Nagant | Rifle | Unknown | 762 | M44072289 |
| NORINCO (North China Industries) | Rifle | SKS | 762 | SKS28699 |
| NORINCO (North China Industries) | Rifle | SKS | 762 | SKS28638 |

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Remington Arms Company, Inc. | Rifle | 03-A3 | 30-06 | 3425766 |
| Remington Arms Company, Inc. | Rifle | 700 | 25-06 | C6881818 |
| Remington Arms Company, Inc. | Rifle | Nylon 10 | 22 | 2454416 |
| Remington Arms Company, Inc. | Rifle | 1917 | ZZ | 282376 |
| Ruger | Rifle | M77 Mark II | 7 | 790-29641 |
| Ruger | Rifle | M77 Mark II | 7 | 790-47079 |
| Ruger | Rifle | M77 Mark II | 6 | 790-52542 |
| Russian | Rifle | Mosin Nagant | 762 | 4562 |
| Savage | Rifle | 99 | 303 | 276487 |
| Savage | Rifle | 99 | 250 | 208884 |
| Savage | Rifle | 99 | 303 | 302388 |
| Savage | Rifle | 99 | 300 | 355191 |
| Savage | Rifle | 99 | 300 | 397851 |
| Savage | Rifle | 12 | 204 | H286992 |
| Springfield Armory, Geneseo, IL | Rifle | M1A | 762 | 2437784 |
| Springfield Armory, Geneseo, IL | Rifle | M1 | 30 | 378136 |
| Springfield Armory, Geneseo, IL | Rifle | M1 | 30 | 3395677 |
| Springfield Armory, Geneseo, IL | Rifle | M1A | 762 | 037812 |
| Steyr | Rifle | Modelo 1912 | 308 | C3817 |
| Swiss Arms A.G. (San) | Rifle | Unknown | ZZ | 551653 |
| Rock Island Armory | Rifle | 1903 | 30 | 95988 |
| DC Industries | Rifle | NDS-2SF | ZZ | AKS740578 |
| IBM | Rifle | M1 | ZZ | 3872212 |
| Underwood | Rifle | M1 | ZZ | 2580432 |
| Unknown Manufacturer | Rifle | Unknown | ZZ | AS02914 |
| Winchester | Rifle | Wildcat | 22 | 255MR11864 |

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Unknown Manufacturer | Rifle | Unknown | 303 | 7718 |
| USA Military Surplus | Rifle | 1917 | 30-06 | 486564 |
| USA Military Surplus | Rifle | M1 | 30 | 964536 |
| USA Military Surplus | Rifle | M1 | 30-06 | 3235852 |
| USA Military Surplus | Rifle | M1 | 30 | 672278 |
| USA Military Surplus | Rifle | Enfield NO4MKI | 303 | 3903296 |
| USA Military Surplus | Rifle | 1917 | 30-06 | 276855 |
| Winchester | Rifle | 1890 | 22 | 573075 |
| Winchester | Rifle | M1 Garand | 30-06 | 2336695 |
| Winchester | Rifle | M1 Garand | 30-06 | 1280267 |
| Winchester | Rifle | 70 | 243 | 748911 |
| Armelegant, Ltd. | Shotgun | SLB-X2 | 12 | 2110963NX2 |
| Benelli, S.P.A. | Shotgun | M1 Super 90 | 12 | M223200 |
| Browning | Shotgun | Citori | 28 | 27731NR773 |
| Browning | Shotgun | Recoilless Trap | 12 | 01010NV869 |
| Browning | Shotgun | Browning 2000 | 12 | 44988C47 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342912 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342908 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R343118 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342909 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R343122 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R343121 |

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342900 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R343094 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342915 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342911 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R343120 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342916 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R343119 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342901 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342893 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342903 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342894 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342925 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342904 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R343093 |

23

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342914 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342927 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342529 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R343097 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342530 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342905 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342505 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342917 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342899 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342926 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R343096 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342896 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R343095 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342897 |

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342924 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342898 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342463 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342910 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342907 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342528 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342913 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342902 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342504 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342895 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342906 |
| Derya Arms (Derya Silah Sanayi) | Shotgun | VRPA40 | 12 | R342526 |
| F.N. (FN Herstal) | Shotgun | Unknown | 12 | 51794 |
| Hatsan Arms Co. (Silah Makina Kalip San. Tic. Ltd.) | Shotgun | Escort SD-X | 410 | 912718 |
| Hopkins and Allen | Shotgun | Forehand | 12 | 3258 |
| KOFS, Ltd. | Shotgun | Stevens 555 | 20 | 20A11612 |

25

| Manufacturer | Type | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Maverick Arms (Eagle Pass, Texas) | Shotgun | 88 | 12 | MV0625179 |
| Mossberg | Shotgun | 500C | 20 | J892801 |
| Radikal Arms | Shotgun | P3 | 12 | 21-30401 |
| Radikal Arms | Shotgun | P3 | 12 | 21-30403 |
| Radikal Arms | Shotgun | P3 | 12 | 21-30402 |
| Remington Arms Company, Inc. | Shotgun | 870 | 12 | RS29877C |
| Remington Arms Company, Inc. | Shotgun | 870 | 16 | 775001W |
| Savage | Shotgun | Unknown | 410 | None |
| Torun Arms (Torun Silah San Ltd Sti) | Shotgun | Nomad | 20 | 20SB20-003294 |
| Winchester | Shotgun | 12 | 12 | 988667 |
| Winchester | Shotgun | 1400MKII | 12 | N525595 |
| Winchester | Shotgun | 1200 | 12 | L945923 |
| Winchester | Shotgun | 1400 | 12 | 112220 |
| Winchester | Shotgun | 37 | 12 | None |
| Winchester | Shotgun | 37 | 12 | None |
| Winchester | Shotgun | 1300 NWTF | 12 | L2262084 |
| Tippman Arms Co. | Unknown Type | Gatling Gun | 9 | 1323 |

**Substitute Assets**

21.     If any of the property described above, as a result of any act or omission of the

defendant:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without

difficulty,

26

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

22. All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

**A TRUE BILL.**

*/s/ Kathleen Shaw*
**FOREPERSON OF THE GRAND JURY**

*/s/ Michael S. Oliver*
**MICHAEL S. OLIVER**
Assistant United States Attorney
Missouri Bar No. 41832

Dated:       12/14/2021

27