IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

United States                          )
                                       )        2:21-CR-04084-SRB
Vs                                     )
                                       )
James Skelton                          )

MOTION FOR CONTINUANCE

Comes now the defendant and prays that the above action be continued

from it setting on 13 February, 2023 and in support thereof states:

1. This case was filed with the Court on 14 December, 2021

2. There have been three prior continuances on behalf of the parties.

3. This is a sale of firearms by a dealer case.

4. This motion is not made for the purpose of vexation or delay and
   will not be prejudicial to any party involved.

5. The defendant is 75 years old, has a medical condition which has
   recently called his memory into question and going to trial at this
   time would result as a miscarriage of justice under 18 USC section
   3161(h)(7).

6. The parties have entered into a diversion agreement.  The interview
   for diversion is scheduled for 3 February, 2023.  The process will not
   be completed by the scheduled trial date.

7.  The defendant is not in custody and agrees that this continuance not be counted against his right to a speedy trial.

8.  Counsel has previously discussed this motion with the prosecution who has no objection.

9.  The defense prays that the matter be set on the 1 May, 2023 docket with a pretrial Conference date of 4 April, 2023.

Wherefore, plaintiff prays that the above action be continued.

I certify that the above statements are true.


/s/ K. L. Jamison
Kevin L Jamison MBE 31278
2614 NE 56th Terr
Gladstone Mo 64119-2311
(816) 455-2669
FAX (816) 413-0696
KLJamisonLaw@earthlink.net

ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I certify that a copy of the above was electronically filed this 31st day of January, 2023.


/s/ K. L. Jamison