IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.      No. 21-04084-01-CR-C-SRB

**JAMES ANTONIO SKELTON**,

    Defendant.

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, and in exchange for the defendant's agreement to enter into a pretrial diversion agreement, the United States Attorney for the Western District of Missouri hereby dismisses without prejudice all charges filed against the above-named defendant as contained in the Indictment (Doc. No. 1), subject to said charges being refiled if, in the sole determination of the United States, the defendant violates the terms of said pretrial diversion agreement.

    */s/Michael S. Oliver*
    Michael S. Oliver
    Assistant United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

    /s/ Stephen R. Bough
    Hon. Stephen R. Bough
    United States District Court Judge

Date: 2/22/2023